**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GIANNI VERSACE, S.P.A.,

          Plaintiff,

   v.

ZHAO DEQUN, et al.,

          Defendants.

Case No. 18-cv-06412

**Judge Edmond E. Chang**

**Magistrate Judge Maria Valdez**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 20, 2018 [47], in favor of Plaintiff Gianni Versace, S.p.A. ("Plaintiff" or "Versace") and against the Defendants Identified in Schedule A in the amount of one hundred and fifty thousand dollars ($150,000) per Defaulting Defendant for willful use of counterfeit Versace Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Versace acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| 2.66499 | 391 |
| 4-85939 | 392 |
| enyingsales | 393 |
| hk_9085 | 394 |
| lipenghuang1239 | 396 |
| qiongqiong123 | 401 |
| whemyqong5 | 402 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 26th day of July 2019.      Respectfully submitted,

/s/Allyson M. Martin_____
Paul G. Juettner
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Gianni Versace S.P.A.*