IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZHAO DEQUN, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06412<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. hereby dismisses this action with prejudice as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Stone Fun Store | 377 |

Dated this 25th day of October 2019.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Paul G. Juettner
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　pjuettner@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Gianni Versace S.P.A.*